FILED
GREAT FALLS DIV.

'05 NOV 29  AM 11 10

PATRICK . . . . . . . CLERK
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

VICTORIA M. P. ZELL,

           Plaintiff,

vs.

LARRY BONDERUD,

           Defendant.

CV 05-51-GF-SEH

**ORDER**

A hearing on Plaintiff's failure to effect service on Defendant was held on November 28, 2005. Plaintiff did not appear in person or through counsel. Upon the record made in open court,

ORDERED:

1.    The case is dismissed without prejudice for (a) failure to plead a claim within this Court's jurisdiction; and (b) failure to effect service as required by the Rules of Civil Procedure.

2.    The Clerk of the Court is directed to enter judgment accordingly.

DATED this _29th_ day of November, 2005.

SAM E. HADDON
United States District Judge